■ In the Matter of GILBERT LAU, Petitioner, v LUCINDO SUAREZ et al., Respondents. [844 NYS2d 162]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Lippman, P.J., Tom, Nardelli, Gonzalez and Kavanagh, JJ.